AO 442

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

Juan Diego Emiliano-Loya (T/N)
aka Hector David Quevedo

**WARRANT FOR ARREST**

**CASE NUMBER:** 08cr2124-IEG

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Juan Diego Emiliano-Loya (T/N)

Name aka Hector David Quevedo.

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment [ ] Information [ ] Complaint [ ] Order of Court [ ] Violation Notice [ ] Probation Violation Petition
[ ] Pretrial Violation

charging him or her with (brief description of offense)

8 USC 1326(a) and (b) - Deported Alien Found in the United States.

FILED
JUL 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

RECEIVED
2008 JUN 26 A 11:12
U.S. MARSHALS SERVICE
EL CENTRO OFFICE

In violation of Title See Above United States Code, Section(s)

W. Samuel Hamrick, Jr. | Clerk of the Court
Name of Issuing Officer | Title of Issuing Officer

K. HAMMERLY
SEAL

Signature of Deputy | 6/26/2008 San Diego, CA
Date and Location

Bail fixed at $ No Bail by The Honorable The Honorable Louisa S. Porter
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ICJ - EL CENTRO, CA.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 06/26/08 | SDUSM MELESIO HERNANDEZ FOR: BPT | EXECUTED: [signature] |
| DATE OF ARREST 06/27/08 | | |

USMS-EL CENTRO, CA
(CRIMINAL/WARRANT DSK.)