KAREN P. HEWITT
United States Attorney
DOUGLAS KEEHN
Assistant U.S. Attorney
California State Bar No. 233686
United States Attorney's Office
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6549

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR2124-IEG |
| Plaintiff, | ) | Date: August 15, 2008 |
| | ) | Time: 9:00 a.m. |
| v. | ) | Court: The Hon. Irma E. Gonzalez |
| JUAN DIEGO EMILIANO-LOYA, | ) | **APPLICATION FOR ORDER SHORTENING TIME** |
| Defendant. | ) | |

NOW COMES plaintiff United States of America, by and through its counsel, U.S. Attorney Karen P. Hewitt and Assistant U.S. Attorney Douglas Keehn and hereby moves this Court for an order shortening time to (1) respond to Defendant's motions untimely filed, and (2) allow the filing of the Government's Motions for Reciprocal Discovery and Fingerprint Exemplars.

Application is respectfully made for the following reasons:

(1) Defendant's trial is currently set for September 3, 2008 at 9:00 a.m.

(2) Defendant untimely filed his Motions to Compel Discovery, Preserve Evidence and Leave to File Further Motions on August 1, 2008.

(3) In advance of the Motion Hearing on August 4, 2008, counsel informed the United States that he would be seeking a continuance; at hearing, counsel requested a trial date.

//

//

//

(4) The undersigned has advised opposing counsel of this Application, and has provided counsel with the Proposed Order under separate cover, pursuant to Local Rules and Electronic Case Filing Policies and Procedures.

DATED: August 11, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ ***Douglas Keehn***
DOUGLAS KEEHN
Assistant United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JUAN DIEGO EMILIANO-LOYA, Defendant. | Criminal Case No. 08CR2124-IEG<br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, Douglas Keehn, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **APPLICATION FOR ORDER SHORTENING TIME** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

John Ellis, Esq.
Federal Defenders of San Diego, Inc.
john_ellis@fd.org; johncellisjr@justice.com

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

None

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 11, 2008.

/s/ ***Douglas Keehn***
DOUGLAS KEEHN