**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JUAN DIEGO EMILIANO-LOYA,<br>Defendant. | Criminal Case No. 08CR2124-IEG<br><br>**ORDER SHORTENING TIME** |

IT IS HEREBY ORDERED that the time for the filing of the Government's Response and Opposition to Defendant's Motions to Compel Discovery, Preserve Evidence and Grant Leave to File Further Motions, and the Government's Motions for Reciprocal Discovery and Fingerprint Exemplars be shortened to 3 days before the date set for hearing.

**DATED: August 12, 2008**

**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**