**JOHN C. ELLIS, JR.**
California State Bar No. 228083
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
john_ellis@fd.org

Attorneys for Mr. Loya

***EX PARTE***

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE IRMA E. GONZALEZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN DIEGO EMILIANO LOYA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 08CR2124-IEG<br><br>Date: September 3, 2008<br>Time:8:45 a.m.<br><br>EX PARTE<br>APPLICATION FOR AN ORDER AUTHORIZING DEFENSE TO BRING COMPUTER EQUIPMENT TO COURTROOM |

Defense counsel anticipates using the electronic equipment during trial due to the nature of some of the discovery. Therefore, counsel requests the instant Application for an Order to allow defense counsel to bring in the necessary electronic equipment.

Respectfully submitted,

Date: September 3, 2008

/s/ *John C. Ellis, Jr.*
**JOHN C. ELLIS, JR.**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Loya