UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE IRMA E. GONZALEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JUAN DIEGO EMILIANO LOYA,<br>Defendant. | Criminal No. 08CR2124-IEG<br><br>**ORDER ADMITTING COMPUTER EQUIPMENT INTO COURTROOM** |

**IT IS HEREBY ORDERED** that counsel for Mr. Loya, or employees of the Federal Defenders of San Diego, Inc., may bring computer equipment into Courtroom 1 for trial in the above-captioned case.

**DATED: September 3, 2008**

Irma E. Gonzalez

**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**