FILED
SEP - 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JUAN DIEGO EMILIANO LOYA,<br>aka HECTOR DAVID QUEVEDO<br>Defendant. | Criminal Case No. 08CR2124-IEG<br><u>I N F O R M A T I O N</u><br>**(SUPERSEDING)**<br>Title 18, U.S.C. Sec. 111(a)(2), Assault on a Federal Officer (felony) |

The United States Attorney charges:

<u>Count 1</u>

On or about June 4, 2008, in the Southern District of California and elsewhere, the defendant, JUAN DIEGO EMILIANO LOYA, aka HECTOR DAVID QUEVEDO, knowingly did forcibly and physically assault, resist, oppose, impede, intimidate, and interfere with a person named in Title 18, United States Code, Section 1114, to wit, M. Donnelly, United States Border Patrol Agent, in that Defendant refused M. Donnelly's lawful directive by resisting having his fingerprints taken and Defendant struck M. Donnelly with his

shoulder, while M. Donnelly was engaged in his official duties, in violation of Title 18, United States Code, Section 111(a)(2), a felony.

DATED: September 4, 2008

KAREN P. HEWITT
United States Attorney

DOUGLAS KEEHN
Assistant U.S. Attorney