AO 455(Rev. 5/85) Waiver of Indictment

FILED
SEP - 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

JUAN DIEGO EMILIANO LOYA,
aka HECTOR DAVID QUEVEDO

WAIVER OF INDICTMENT

CASE NUMBER: 08CR2124-IEG

I, JUAN DIEGO EMILIANO LOYA, aka HECTOR DAVID QUEVEDO the above-named defendant, who is accused of Title18, United States Code, Section 111(a) (2) a felony assault on a Federal Law Enforcement Officer. Having been advised of the nature of the charge(s), the proposed information, and of my rights, I hereby waive in open court on September 4, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Defendant

Counsel for Defendant

Before ______________________________
HONORABLE IRMA E. GONZALEZ